UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

MELISSA MEDRANO and JOSE MEDRANO,

                    Plaintiffs,          <u>DECLARATION OF SERVICE</u>
                                            07 CV 7026 (JGK)(MHD)

       - against -

THE CITY OF NEW YORK, JOHN DOE 1-10,
the names being fictitious and presently
unknown, being employees of the New York
City Police Department,

                    Defendants.

-------------------------------------------------------------x

STATE OF NEW YORK    )
                              : SS.  :
COUNTY OF KINGS   )

      MATTHEW FLAMM, declares the following under penalty of perjury pursuant to 28 U.S.C. §1746:

      That on August 6, 2007, I served the SUMMONS AND COMPLAINT upon Michael Cardozo, Assistant Corporation Counsel and attorney for defendant City of New York, at 100 Church Street, New York, New York, that being the address within the State theretofore designated for that purpose, by personally delivering a copy thereto as evidenced by the date/time stamp appearing on the annexed copy of the Summons and the first page of the Complaint.

                                                   _____
                                                   Matthew Flamm

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

MELISSA MEDRANO and JOSE MEDRANO,

    Plaintiffs,

- against -

THE CITY OF NEW YORK, JOHN DOE 1-10, the names being fictitious and presently unknown, being employees of the New York City Police Department,

    Defendants.

**JUDGE KOELTL**

SUMMONS
IN A CIVIL CASE

07 CV 7026

To: THE CITY OF NEW YORK, 100 Church Street, New York, NY 10007;
"John Doe 1-10"

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

MATTHEW FLAMM, 26 Court Street, Suite 600, Brooklyn, New York 11242

an answer to the complaint which is herewith served upon you, within ___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

AUG 0 6 2007
DATE

[signature]
DEPUTY CLERK

[Stamp: CITY OF N.Y. LAW DEPART. OFFICE OF CORP. COUNSEL COMMUNICATIONS SECTION 2007 AUG 02]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MELISSA MEDRANO and JOSE MEDRANO,

                Plaintiffs,

      - against -

THE CITY OF NEW YORK, JOHN DOE 1-10,
the names being fictitious and presently
unknown, being employees of the New York
City Police Department,

                Defendants.
-----------------------------------------------------------------x

JUDGE KOELTL

COMPLAINT

07 CV 7026

Jury Trial Demanded

        Melissa Medrano and Jose Medrano, by their attorney, Matthew Flamm, allege the following as their Complaint:

### Nature of the Action

1.     This civil rights action arises from defendants' unlawful use of force and arrest of Melissa Medrano and Jose Medrano on October 31, 2006 while the brother and sister were leaving their home. Plaintiffs seek declaratory relief pursuant to 28 U.S.C. §2201 and, under 42 U.S.C. §1983, compensatory and punitive damages for violation of their civil rights.

### Jurisdiction and Venue

2.     This action arises under the Fourth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983. Jurisdiction is founded upon 28 USC §§1331, 1343 and 1367 and the aforementioned statutory and constitutional provisions. Plaintiffs further invoke the supplemental jurisdiction of this Court to hear and decide claims arising under state law.

3.     Under 28 U.S.C. §1391(b), venue is proper in the Southern District of New York because the events forming the basis of the Complaint occurred in that District.