


MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

STEVE STAVRIDIS
*Special Federal Litigation Division*
(212) 788-8698
(212) 788-9776 (fax)

August 27, 2007

**By Fax: (212) 805-7912**
Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.
8/27/07

Re:  Medrano, et ano v. The City of New York, et al., 07 CV 7026 (JGK)

Your Honor:

  I am the Assistant Corporation Counsel representing defendant The City of New York (the "City") in the referenced civil rights action. I am writing to request an extension of the City's time to answer or otherwise respond to the complaint from August 27, 2007 to October 29, 2007. I have been unsuccessful in contacting my adversary about this request because he is on vacation this week and has not returned the message I left at his office number. However, I have no reason to believe that he would not consent to this request.

  In their complaint, plaintiffs allege various civil rights violations stemming from their arrest and criminal prosecution by unnamed New York City Police Officers. In order to respond to these allegations, we need to obtain the records related to plaintiff's arrest and criminal prosecution. However, these records are sealed pursuant New York Criminal Procedure Law § 160.50. We have obtained the consent authorizations from plaintiffs but need additional time to secure and evaluate the records so that we could respond to the complaint.

  No previous requests for an extension have been made by either party. An initial conference has not been scheduled yet and so this extension will not affect any other scheduled dates. Accordingly, it is respectfully requested that the Court grant this application to extend the City's time to answer or otherwise respond to the complaint from August 27, 2007 to October 29, 2007.

  I thank the Court for its consideration to this request.

- 2 -

Respectfully submitted,

Steve Stavridis (SS4005)
Special Federal Litigation Division

cc: Matthew Flamm, Esq. (By Fax: 718-797-3117)
    Attorney for Plaintiffs