```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MELISSA MEDRANO and JOSE MEDRANO,

                    Plaintiffs,

- against -

THE CITY OF NEW YORK, JOHN DOE 1-10, the names being fictitious and presently unknown, being employees of the New York City Police Department,

                    Defendants.

-----------------------------------------------------------x

AMENDED SCHEDULING ORDER
07 CV 7026 (JGK)(MHD)

       WHEREAS, pursuant to the Court's November 20, 2007 Civil Scheduling Order: the parties agree that:

    1.    The pretrial schedule herein is modified as follows:

        <u>Pleadings and Parties</u>: Except for good cause shown:

        No additional parties may be joined or cause of action asserted after February 22, 2008

        No additional defenses may be asserted after March 14, 2008

Dated: New York, New York
       February 8, 2008

| | |
|---|---|
| _____<br>Matthew Flamm (MF 1309)<br>Attorney for Plaintiffs<br>26 Court Street, Suite 600<br>Brooklyn, New York 11242<br>(718) 797-3117 | MICHAEL A. CARDOZO<br>Corporation Counsel of the<br>City of New York<br>Attorney for Defendant City of New York<br><br>_____<br>Steven Stavridis (SS    )<br>Assistant Corporation Counsel<br>100 Church Street<br>New York, New York 10007<br>(212) 788-8698 |

SO ORDERED:

_____
U.S.D.J.

2/13/08