```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
MELISSA MEDRANO, et al.,            :
                                    :
              Plaintiffs,           :            ORDER
                                    :
       -against-                    :    07 Civ. 7026 (JGK)(MHD)
                                    :
THE CITY OF NEW YORK, et al.        :
                                    :
              Defendants.           :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


   It is hereby


   ORDERED that a settlement conference has been scheduled in the above-captioned action on **TUESDAY, FEBRUARY 26, 2008, at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Dated: New York, New York
       February 13, 2008

                                        SO ORDERED.


                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been faxed today to:

Matthew Spencer Flamm, Esq.
Law Offices of Matthew Flamm
26 Court Street
Brooklyn, NY 11242
Fax: (718) 522-2026

Steve Stavridis, Esq.
New York City Law Department
100 Church Street
New York, NY 10007
Fax: (212) 788-9776

2