USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MELISSA MEDRANO and JOSE MEDRANO,

                      Plaintiffs,

      - against -

THE CITY OF NEW YORK, et al.,

                      Defendants.

------------------------------------------------------------x

SECOND AMENDED
SCHEDULING ORDER
07 CV 7026 (JGK)(MHD)

       WHEREAS, pursuant to the Court's November 22, 2007 Civil Scheduling Order, the parties agree that:

       1.    The pretrial schedule herein is modified as follows:

            <u>Pleadings and Parties</u>: Except for good cause shown, the First Amended Complaint shall be filed with the Clerk no later than March 12, 2008.

Dated: New York, New York
       March 6, 2008

SO ORDERED:

_____
U.S.D.J.