Form 02 - SUITABLE AGE                    AETNA  CENTRAL  JUDICIAL  SERVICES
     **MATTHEW FLAMM ESQ**
     **ATTN:**
U.S. DIST. COURT       SOUTHERN, NY   COUNTY
--------------------------------------------------------

MELISA MEDRANO ETANO                         plaintiff        Index No. 07CV7026JGK MHD

          - against -                                         Date Filed  ............

                                                                                                                     Office No.

THE CITY OF NEW YORK, ETAL            defendant         Court Date:   /  /
--------------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:
**LUIS AGOSTINI**      being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
**20th** day of **March, 2008   11:28 AM**            at
    **52ND PRECINCT, 3016 WEBSTER AVE.**
    **BRONX,NY 10467**
I served the   **AMENDED**
           **SUMMONS**
           **FIRST AMENDED COMPLAINT**
upon **KEVIN DOYLE**
**the DEFENDANT**  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    **SGT."JANE" MCDERMITT,CO-WORKER #5075 AUTHORIZED TO ACCEPT**
**WHO REFUSED FIRST NAME** a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: **FEMALE**  COLOR: **TAN**      HAIR: **BLACK**      AGE: **45** HEIGHT: **5:5**    WEIGHT: **140**
OTHER IDENTIFYING FEATURES:
On **03/27/2008** I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address. That address being
**actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether **DEFENDANT**
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
27th  day of  March,         2008e            ................................
                                                                 LUIS AGOSTINI  1027732
KENNETH WISSNER                               AETNA  CENTRAL  JUDICIAL  SERVICES
Notary Public, State of New York              225 BROADWAY, SUITE 1802
  No.01WI4714130                              NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY                  Reference No: 3MF4117730
Commission Expires 03/30/2010