```
Form 02 - SUITABLE AGE              AETNA  CENTRAL  JUDICIAL  SERVICES
          MATTHEW FLAMM ESQ
          ATTN:
U.S. DIST. COURT      SOUTHERN/NY   COUNTY
------------------------------------------------------
                                              Index No. 07CV7026JGKMHD
MELISSA MEDRANO ETANO              plaintiff
                                              Date Filed ............
            - against -
                                              Office No.
THE CITY OF NEW YORK, ETAL         defendant
                                              Court Date:   / /
------------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:
LUIS AGOSTINI     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
20th day of March, 2008  11:28 AM           at
     52ND PRECINCT, 3016 WEBSTER AVE.
     BRONX, NY 10467
I served the   AMENDED SUMMONS
               FIRST
               AMENDED
               COMPLAINT
upon LUIS TORRES
the DEFENDANT   therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
     SGT. MCDERMITT BDG# 5075, CO-WORKER WHO REFUSED TRUE FIRST
NAME a person of suitable age and discretion.
     Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: FEMALE   COLOR: TAN    HAIR: BLACK     AGE: 45  HEIGHT: 5:5   WEIGHT: 140
OTHER IDENTIFYING FEATURES:
On 04/03/2008 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
3rd  day of  April,         2008k      ..................................
BRETT GOLUB                            LUIS AGOSTINI  1027732
Notary Public, State of New York       AETNA  CENTRAL  JUDICIAL  SERVICES
    No.01G06129491                     225 BROADWAY, SUITE 1802
Qualified in NASSAU                    NEW YORK, NY, 10007
Commission Expires 06/27/2009          Reference No: 3MF4117731
```