UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MELISSA MEDRANO and JOSE MEDRANO,

                          Plaintiffs,                              CERTIFICATE OF SERVICE
     - against -                                         07 CV 7026 (JGK)(MHD)

THE CITY OF NEW YORK, KEVIN DOYLE,
N. KRANTZ, the first name being unknown,
LUIS TORRES, and JOHN DOE 1-6, the
names being fictitious and presently
unknown, being employees of the New York
City Police Department,
                          Defendants.

------------------------------------------------------------x

STATE OF NEW YORK     )
                                 : SS.  :
COUNTY OF KINGS      )

        JESSICA ACOSTA, declares the following under penalty of perjury pursuant to 28 U.S.C. §1746:

        That on April 4, 2008, I served the FIRST AMENDED COMPLAINT upon defendant MICHAEL KRANTZ, upon the New York City Police Department, One Police Plaza, Legal Bureau, Room 1406, New York, New York, being the agent designated for service thereof and the address within the State theretofore designated for that purpose, by personally delivering a copy thereto as evidenced by the date/time stamp appearing on the annexed copy of the Summons and the first page of the Complaint.

                                                            _____
                                                            Jessica Acosta

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MELISSA MEDRANO and JOSE MEDRANO,

          Plaintiffs,

- against -

THE CITY OF NEW YORK, KEVIN DOYLE,
N. KRANTZ, the first name being unknown,
LUIS TORRES, and JOHN DOE 1-6, the
names being fictitious and presently
unknown, being employees of the New York
City Police Department,

          Defendants.

------------------------------------------------------------x

FIRST AMENDED COMPLAINT
07 CV 7026 (JGK)(MHD)

**Jury Trial Demanded**

2008 APR -4 P 4: 21
POLICE DEPARTMENT
CITY OF NEW YORK

      Melissa Medrano and Jose Medrano, by their attorney, Matthew Flamm, allege the following as their First Amended Complaint:

### Nature of the Action

    1.    This civil rights action arises from defendants' unlawful use of force and arrest of Melissa Medrano and Jose Medrano on October 31, 2006 while the brother and sister were leaving their home. Plaintiffs seek declaratory relief pursuant to 28 U.S.C. §2201 and, under 42 U.S.C. §1983, compensatory and punitive damages for violation of their civil rights.

### Jurisdiction and Venue

    2.    This action arises under the Fourth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983. Jurisdiction is founded upon 28 USC §§1331, 1343 and 1367 and the aforementioned statutory and constitutional provisions. Plaintiffs further invoke the supplemental jurisdiction of this Court to hear and decide claims arising under state law.

    3.    Under 28 U.S.C. §1391(b), venue is proper in the Southern District of New York because the events forming the basis of the Complaint occurred in that District.