# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

MELISSA MEDRANO and JOSE MEDRANO,

        Plaintiffs,

- against -

THE CITY OF NEW YORK, KEVIN DOYLE,
N. KRANTZ, the first name being unknown,
LUIS TORRES, and JOHN DOE 1-6, the names
being fictitious and presently unknown, being
employees of the New York City Police
Department,

        Defendants.

**AMENDED SUMMONS IN A CIVIL CASE**

To: THE CITY OF NEW YORK, 100 Church Street, New York, NY 10007;
KEVIN DOYLE, New York City Police Department, 52nd Precinct, 3016 Webster Avenue, Bronx, New York 10467
N. KRANTZ, New York City Police Department, 52nd Precinct, 3016 Webster Avenue, Bronx, New York 10467
LUIS TORRES, New York City Police Department, 52nd Precinct, 3016 Webster Avenue, Bronx, New York 10467
JOHN DOE 1-6, New York City Police Department, 52nd Precinct, 3016 Webster Avenue, Bronx, New York 10467

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

MATTHEW FLAMM, 26 Court Street, Suite 600, Brooklyn, New York 11242

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON      MAR. 0 7 2008

_____      _____
CLERK      DATE

*Marcos Quintero*
_____
DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: April 4, 2008

NAME OF SERVER (PRINT): Jessica Acosta

TITLE: Legal Assistant

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: One Police Plaza, Legal Bureau, Room 1406, Fo New York, New York

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[X] Other (specify): Personal service upon agent - NYPD - for service

### STATEMENT OF SERVICE FEES

TRAVEL: 4   SERVICES: 25   TOTAL: $29

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/8/08
Date

Signature of Server: Jessica Acosta

Address of Server: 26 Court St, Bklyn NY 11242

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.