# MATTHEW FLAMM

ATTORNEY AND COUNSELLOR AT LAW

26 COURT STREET, SUITE 600

BROOKLYN, NEW YORK 11242

matthewflamm@msn.com

(718) 797-3117     FAX (718) 522-2026

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

By Facsimile Transmission Only

April 7, 2008

The Honorable John G. Koeltl
United States District Court
500 Pearl Street
New York, New York 10007

RECEIVED APR 0 4 2008 JUDGE JOHN G KOELTL

Re:  Medrano v. City of New York and Others
     07 CV 7026 (JGK)(MHD)

Your Honor:

This office represents Jose and Melissa Medrano, brother and sister, in this §1983 suit.

I have received defendant City of New York's April 2, 2008 Objections to Magistrate Judge Dolinger's March 26, 2008 discovery orders.

Plaintiffs ask that they have until April 11 in which to reply to the objections, argue that defendant has not demonstrated that the challenged Orders are not clearly erroneous or contrary to law, that the information sought is reasonably calculated to lead to admissible evidence and that the Magistrate did not err by directing disclosure under the terms of a strict and broad protective order negotiated by the parties.

Respectfully submitted,

Matthew Flamm

Enc.

cc:  Steve Stavridis
     Assistant Corporation Counsel
     Attorney for defendant
     (By Facsimile Transmission)

*[Handwritten note:]* Time to respond extended to April 11, 2008. So ordered.

4/9/08

JGK
U.S.D.J.