USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 4/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MEDRANO,

                           Plaintiffs,

   - against -

THE CITY OF NEW YORK,

                           Defendant.

07 Civ. 7026 (JGK)

MEMORANDUM OPINION
AND ORDER

---

JOHN G. KOELTL, District Judge:

By letter dated April 2, 2008, the defendants filed two objections to discovery rulings made by Magistrate Judge Dolinger at a hearing on March 26, 2008.

The second ruling relates to the disclosure of certain personnel records of Defendant Krantz. That objection was withdrawn in the defendants' letter dated April 11, 2008, and that objection is therefore **overruled as moot**.

The first ruling relates to the production of certain photographs of police who were identified in the CCRB report as present at the site of the events at issue in this case. The Magistrate Judge ordered the production of these photographs subject to a confidentiality order. The plaintiffs had argued that these photographs could be used with potential witnesses to attempt to identify other potential defendants in this case. It cannot be said that the Magistrate Judge's discovery ruling was clearly erroneous or contrary to law, and the objection is therefore **overruled**. See Fed. R. Civ. P. 72(a).

1

The defendants complain that the plaintiff has not provided the names of potential witnesses as required by the Magistrate Judge. To the extent that the plaintiffs have not complied with the order to produce the names of the witnesses, the plaintiffs should comply promptly, and the defendants can raise any failure to comply directly with the Magistrate Judge.

SO ORDERED.

Dated: New York, New York
       April 22, 2008

_____
John G. Koeltl
United States District Judge