USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MELISSA MEDRANO and JOSE MEDRANO,

                                    Plaintiffs,        AMENDED
                                                          SCHEDULING ORDER
              - against -                          07 CV 7026 (JGK)(MHD)

THE CITY OF NEW YORK, KEVIN DOYLE,
N. KRANTZ, the first name being unknown,
LUIS TORRES, and JOHN DOE 1-6, the
names being fictitious and presently
unknown, being employees of the New York
City Police Department,

                                    Defendants.

------------------------------------------------------------x

**JOHN G. KOELTL, District Judge:**

       WHEREAS, pursuant to the Court's November 20, 2007 Civil Scheduling Order, the parties agree and the Court hereby orders pursuant to Fed.R.Civ.P. 16(b) that:

       **Discovery:**

       Except for good cause shown, all discovery shall be commenced in time to be completed by September 19, 2008.

       **Dispositive Motions:\***

       Dispositive motions, if any, shall be completed by October 20, 2008. The parties are advised to comply with the Court's Individual Practice 2(B) regarding motions, and to submit one fully briefed set of courtesy copies to the Court.

       **Pretrial Order/Motions In Limine:\***

       A joint pretrial order together with an motions in limine or motions to bifurcate shall be submitted by November 17, 2008. The pretrial order shall conform to the Court's Form Joint Pretrial Order, a copy of which may be obtained by the Deputy Clerk.

---

\*In the event a dispositive motion is made, the dates for submitting the Joint Pretrial Order (together with memorandum of Law, Requests to Charge, Proposed Voir Dire, Proposed Findings of Fact and Conclusions of Law, as appropriate) shall be changed from that shown above to three (3) weeks from the decision on the motion. The ready trial date shall be adjourned to a date four (4) weeks after the decision on the dispositive motion. The final pretrial conference, if any, will be scheduled by the Deputy Clerk.

\*At any time after the ready for trial date, counsel must notify the Court and their adversaries in writing of any potential scheduling conflicts, including, but not limited to, trials and vacations that would prevent a trial at a particular time. Such notice must come before counsel are notified by the Court of an actual trial date, not after. Counsel should notify the Court and all other counsel in writing, at the earliest possible time of any particular scheduling problems involving out-of-town-witnesses or other exigencies.



**Trial:** The parties shall be ready on 48 hours notice on or after 12/5/08 .
The estimated trial time is 5 days, and this is a jury trial.

Dated: New York, New York
   July   , 2008

_____
Matthew Flamm
Attorney for Plaintiffs
26 Court Street, Suite 600
Brooklyn, New York 11242
(718) 797-3117

MICHAEL A. CARDOZO
Corporation Counsel of the City of New York
Attorney for Defendants

By: Steven Stavridis
   Assistant Corporation Counsel
100 Church Street
New York, New York 10007
(212) 788-8698

SO ORDERED:

_____
U.S.D.J.

7/22/08

-2-